# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MARLON GREEN §
 §  Civil Action No. 4:17-CV-539
v. §  (Judge Schell/Judge Nowak)
 §
FREDERICK STEVENSON, ET AL.

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 22, 2018, the report of the Magistrate Judge (Dkt. #48) was entered containing proposed findings of fact and recommendations that Plaintiff Marlon Green's claims against Defendants Frederick Stevenson, Jeffery Hastings, Aron Toliver, Valence Herbert, Walter Kofpt, Ione Rowe, and Chris Story be dismissed pursuant to 28 U.S.C. § 1915.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff Marlon Green's claims against Defendants Frederick Stevenson, Jeffery Hastings, Aron Toliver, Valence Herbert, Walter Kofpt, Ione Rowe, and Chris Story are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this the 10th day of August, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE